UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MEHDI MOJTABAVI,

      Petitioner,

    v.

BRIAN ENGLISH,

      Respondent.

CAUSE NO. 3:26cv123 DRL-SJF

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on June 5, 2026. ECF 16. The court entered the order granting habeas relief on June 5, 2026. ECF 15.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 15) and to close this case.

SO ORDERED.

June 10, 2026

          *s/ Damon R. Leichty*
          Judge, United States District Court